# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-374 JRT/RLE |
| Plaintiff, | |
| v. | **AMENDED TRIAL NOTICE** |
| COREY RANDALL ROBERTS, | |
| Defendants. | |

Kimberly Svendsen, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Reynaldo Aligada, Jr., Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The trial in this case will now be held Monday, April 5, 2010 at 9:00 a.m. in before the Honorable John R. Tunheim. The trial will be in held in Courtroom 2, 118 South Mill Street, Fergus Falls, Minnesota. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1) Defendant's motion to exclude time under the speedy trial act [Docket No. 26] is **GRANTED**.

2) The time from the date of this order to the date of trial begins, or defendant enters a change of plea shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

The ends of justice will be served by continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

    3)     Voir dire and jury instructions shall be filed on March 22, 2010.

Dated: February 16, 2010  
at Minneapolis, Minnesota                          _____s/ John R. Tunheim_____  
                                                          JOHN R. TUNHEIM  
                                                      United States District Judge